```
JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICE OF JACQUELYNE M. NGUYEN
1670 SANTA ANA AVE., SUITE K
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax:(949) 722-8416

Attorney for: PLAINTIFF
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Minnie L. Beavers,<br><br>　　　　　Defendant | No. CV 12-9013<br><br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Minnie L. Beavers, in the principal amount of $2,659.95 plus interest accrued to August 30, 2012, in the sum of $4,393.89; with interest accruing thereafter at 8% annually until entry of judgment, administration costs in the amount of $0.00, for a total amount of **$7,053.84**.

DATED: 10/25/2012　　　　　By: TERRY NAFISI
　　　　　　　　　　　　　　　　　Clerk of the Court
　　　　　　　　　　　　　　　　　L. RAYFORD
　　　　　　　　　　　　　　　　　Deputy Clerk
　　　　　　　　　　　　　　　　　United States District Court

Page 5